

# NUMBER 13-25-00194-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**IN RE MICHAEL EULER**

### ON APPEAL FROM THE COUNTY COURT AT LAW
### OF BASTROP COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This cause is before the Court on its own motion.[1] On March 10, 2025, appellant filed a notice of appeal attempting to appeal a "judgment of possession" entered "on March 5, 2025" in trial court cause number 25-22747. It is noted, the case appears to arise from a justice of the peace court, and there does not appear to have been a trial de

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* Tex. Gov't Code Ann. § 73.001.

novo by the County Court. Accordingly, there does not appear to be a final, appealable order entered by the County Court.

As such, on April 28, 2025, the Clerk of the Court notified appellant that it appears there is no final, appealable order. Appellant was further notified that if the defect was not cured within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3. Appellant has failed to respond to the notice or otherwise correct the defect.

Absent an appealable interlocutory order or final judgment, this Court has no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 W.S.3d 316, 319 n. 1 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191,195 (Tex. 2001). Having considered the documents on file and appellant's failure to correct the jurisdictional defect in this matter or establish how more time would aid in curing the defect, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

YSMAEL D. FONSECA
Justice

Delivered and filed on the
12th day of June, 2025.

2